Although the advisory jury concluded that James Jefferson was entitled to the 100 X 100-foot piece of property surrounding his house, the one described in the judgment is a different 100 X 100-foot piece of property from that awarded him in the DocLamb Litigation. In order to reach this conclusion, the advisory jury must have, of necessity, applied equitable principles. In an ejectment suit, the plaintiff must win if he shows a superior legal title, without regard to any equities between the parties. Mid-State Homes, Inc. v. Butler, 287 Ala. 584, 253 So.2d 511 (1971); Mid-State Homes, Inc. v. Brown,47 Ala. App. 468, 256 So.2d 894 (1971); and Blair v. Blair,199 Ala. 480, 74 So. 947 (1917).